IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SHANE HUYETT** | : | Civil No. 1:17-CV-01075 |
| Plaintiff, | : | |
| v. | : | |
| **BRIAN MURLIN, BECKY MURLIN, and WIZZARD DRAIN CLEANING, LLC** | : | |
| Defendants. | : | **Judge Sylvia H. Rambo** |

# **O R D E R**

In accordance with the accompanying memorandum of law, **IT IS HEREBY ORDERED** that the joint motion to approve settlement agreement (Doc. 19) is **GRANTED**. **IT IS FURTHER ORDERED** that this action is dismissed without costs and without prejudice to the right, upon good cause shown, to reinstate the action within sixty (60) days if the settlement is not consummated. The court retains jurisdiction for the purposes of enforcing the settlement agreement.

    s/Sylvia Rambo
SYLVIA H. RAMBO
United States District Judge

Dated: June 28, 2018